# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:05CR379 |
| Plaintiff, | |
| vs. | JUDGMENT |
| MARTIN ESTRADA, | |
| Defendant. | |

For the reasons stated in the Court's Memorandum and Order of this date,

IT IS ORDERED:

1. The Court has completed its initial review of the Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 motion"), ECF 42;

2. The claims raised in the Defendant's § 2255 motion are summarily denied; and

3. The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

Dated this 15th day of June, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge